United States District and Bankruptcy Courts
For the District of Columbia

Benjamin McKenzie
PO Box 2365
Washington, DC 20013

vs

Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Case: 1:18-cv-00916        (H-Deck)
Assigned To : McFadden, Trevor N.
Assign. Date : 4/18/2018
Description: Employ. Discrim.    Jury Demand

## Complaint

Discrimination based on race, color, religion, sex, national origin and/or disabling condition

They owed me a duty and the defendant breached that duty

They did bad things

They caused suffering

I would like a trial by jury

Plaintiff demands judgment against Defendant in the sum 31.3 million
Plaintiff demands judgment against Defendant in sum of 31.3 million

B. Denell McKenzi
PO Box 2365
Washington, DC 20013

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by first-class mail, postage prepaid, on the _____ day of _____ 2018, upon

Department of Homeland Security
245 Murray Lane, SW
mailstop 0485
Washington, DC 20528-0485