United States District and Bankruptcy Courts
for the District of Columbia

## Motion to use PO Box

Benjamin McKenzie
vs
Department of Homeland Security

Case: 1:18-cv-00916         (H-Deck)
Assigned To : McFadden, Trevor N.
Assign. Date : 4/18/2018
Description: Employ. Discrim.   Jury Demand

I, Benjamin McKenzie, would like to use PO Box 2365 Washington, DC 20013

B. Darrell McKay
April 19, 2018
Benjamin McKenzie
Po Box 2365
Washington, DC 20013